IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABUBAKA HAQQ,                )
                             )
            Plaintiff,       )
                             )
        v.                   )      Civil Action No. 03-277 Erie
                             )
WILLIAM WOLFE, et al.,       )
                             )
            Defendants.      )

### MEMORANDUM ORDER

Plaintiff's civil rights complaint was received by the Clerk of Court on August 29, 2003, and was referred to the United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on July 26, 2005, [Doc. No. 59] recommended that Defendants' Motion for Summary Judgment [Doc. No. 44] be granted.[1]  The parties were allowed ten (10) days from the date of service to file objections.  Service was made on Plaintiff by certified mail and on Defendants.  Plaintiff filed objections on August 9, 2005 [Doc. No. 60].  After de novo review of the case, together with the report and recommendation, and objections thereto, the following order is entered:

AND NOW, this 16th day of August, 2005,

IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment [Doc. No. 44] is GRANTED.

The report and recommendation of Magistrate Judge Baxter, dated July 26, 2005, is adopted as the opinion of the Court.

---

[1] The magistrate judge's report and recommendation recommends that Defendants' Motion to Dismiss be granted.  However, it is clear that Document Number 44 is a Motion for Summary Judgment, and the magistrate judge's report and recommendation reflects that she addressed the Motion for Summary Judgement.

      The clerk is directed to mark the case closed.

                                      s/ Sean J. McLaughlin
                                      United States District Judge

cc: All parties of record.