Commonwealth of PENNSYLVANIA,
ALBION STATE of Correctional
August 24/2005

Clerks office
United States District Court
For the Western District of PENNSYLVANIA
P.O. BOX 1820
Erie, PENNSYLVANIA 16507,

10745 ROUTE 18 ALBION
PENNSYLVANIA
16475-0002
ABUBAKA A. HAQQ
PRO/SE    DK433

Re HAQQ v Wolfe et al,
Civil Action No 03-277 (Erie).

Dear/Sir/Madam

Plaintiff is requesting of this Court, 30 day-Extention of Time, To file an Appeal, in the Above Caption matter, due To additional research To prepair For his appeal, Pertaining To this Case.

Thank you.

Truly yours

Abubaka A. Haqq
ABUBAKA A. HAQQ
DK433    /Pro/SE.

Date: 8/24/2005