IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABUBAKA HAQQ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 03-277 Erie |
| WILLIAM WOLFE, et al., | ) |
| Defendants. | ) |

**ORDER**

AND NOW, this 30th day of August, 2005,

IT IS HEREBY ORDERED that the Plaintiff's Motion to Extend Time to File an Appeal for thirty (30) days [Doc. No. 62] is GRANTED, and Plaintiff shall have until October 15, 2005, in which to file an appeal.

s/ Sean J. McLaughlin
United States District Judge

cc: All parties of record.

1