In the United States District Court for the Western District of Pennsylvania

ABUBAKA A HAQQ
    Plaintiff

v

William Wolfe et al.
    Defendants

) C.A. No. 03-277 Erie
) District Judge McLaughlin
) Magistrate Judge Baxter
) Suit at the in the amount of
) $2,00.000

## Appeal. Motion for Relief

And Come. Mr Haqq, a Plaintiff in this Civil Rights Suit, Requesting of this Court to reasses; and evaluate all documents Pertaining to this legal Matter's

And thus; there are to few Claim's for which Relief Should be Granted, to Plaintiff, under the 4·SC 1983. Status 4 or th Amendment Eighth Amendment Violation, As human been we only have one Mother, One Father. That's it we Can rich people with love and tender Care But!!! Can't give back Mother or Father.

## UNSWORN DECLARATION

I, *Abubaka A Hajj*, hereby aver that the facts set forth in the foregoing document(s) are true and correct to the best of my knowledge, information, and belief and that any false statements made herein are subject to the penalties of perjury under the **Pennsylvania Crimes Code, 18 Pa.C.S.A. §4904** (*relating to unsworn falsifications to authorities*)

DATED: 9/21/05

SIGN NAME: *Abubaka A Hajj*
PRINT NAME: *Abubaka A Hajj*
D.O.C. # DK4133
10745 Route 18
Albion, PA 16475-0002

(2)

The Plaintiff Brought Civil law Suit against defendants Civil # 03-277 Erie

Defendant feel likely this is Conspiracy against him due to his ethnicity, harratrage, and Religion Belies, as 2 why this Case Show prejudush, the D.O.C. has D.C.ADM 812 as well as 850 violative.

What is wrong with our Country and Citizens today People Could, Could be under your Supervision and die or have family members die and not be notice. Even though, You were notify by family members. And still the Establishment never abide Plaintiff cover, still your legal system tells me; that I have not suffer every Phissical Experiences to seek relive in which Could be granted by Summary Judgement;

These Attorneys General will use a Claim in this very Court: That even in a Case of Estelle v Gamble 492. Attorneys will say that Mr. Hagg never received a Physical injury. Received bad news on a Phone. God a human tech. and is not dead, is that a Physical injury; Gun Shot Wound. Knife Wound, no. This is Psychological Trauma & Cause death. Bad News: is this a Physical, No!!!. But these Attorney General will Convince you that Mr. Hagg. do not have a Claim in which he/We Can be. Short: Mr. Hagg Family Sent Black An White Correspondence. To Mr. Wolfe confirming the defendants that his Mother was Death. Mr. Hagg has forward these documents with discovery, That defendants Wolfe wrote the Plaintiff Sister and her Employer making

them aware that the MR Wolfe is en fact The Superintendant, and will answer MR hagg that his Mother had pass away. Well this act never Transpireion at all; My finding is that This Court has never Took at MR hagg. Discovery packages: for every Serporting Evedences; To Serport MR hagg Case: So MR. hagg is Saying mein that for this Court to Took at MR. hagg discovery packageses and they will fine Exshibite A - B - C - D all Serportring MR. hagg Claim for which Relife Should be Granted; MR. hagg never new what part of this Case he has lost all or new:

Factual History in the Case

## I. REPORT

Plaintiff Abubakas a hagg, an inmate at the State Correctional Institutional at albion State Prison in Pennsylvania, filed this Civil rights action. Plaintiff has name Superintendant William, walker and counselor David Vroman as Defendants, and is fact that mr hagg Constitutional rights were violated

On the morning: on above day [july 2, 2003] and [illegible], I received a letter from my sister telling me that she have been trying to make contact with her in regards to our presoment to inform me of our mother death November 16, 2002. When she did not hier from me, she then write the Prisons Superintendat making him awair that his mother death and her wanted me to contact me, at this time Superintendant wrote my sister informing her that I was still here at Albion State Prison and alive: But never did he contact me and maid me awair of my mother death or to see why I was not getting my mails.

## P.L.R.A. Act. 1997.

Plaintiff exhausted al available entrey to Exhaust the P.L.R.A. Act: Amended (1997).

Yet this legal system is sis to fail to see that a claim has been established. wave the P.L.R.A. statute in concern; and thus re he should be granted.

See Haines v. Kerner, 404 U.S. 519, 520-521 (1972)

Routing if Court can reasonably read pleading to state a valid claim on which the litigant could prevail it should do so despite failure to cite proper legal authority confusion or legal theories. Poor syntax and sentance construction, or litigets unfamiliarity with pleading requirement. See Boag v. Mac Dougall, 454 U.S. 364 (1982) United v. States ex rel Montgomery v. Bierly, 141 F 2d 552, 555 (3rd Cir 1996).

(2) Plaintiff brought Civil Law Suits against the following defendants, Wolfe. an Mr. Verman.
C.A.NO. 03-277(Erie)

Plaintiff feel with all of the Controversity Centered around his born faith Islam; he is being discremenated against. and there will not recieved a fair Trial in This Matter, and as to why This Case Much, Much prejudess. Towards Plaintiff. and Leneancey Towards defendants which is to be Expected;

The Question is here, how Could a man as Superintendants Wolfe. acting a Chief of Staff, knowingly have Data about Plaintiff Mother death. and not make plaintiff aware at all accordance to Policy D-C ADM 812. This Clearly Violate Plaintiff Insutituional Rights and Fourth Amendment Rights as well.

Whats wroungs with The Consitution here to day; and people who stand behind. This is thoughly dipiring;

(9) These attorneys General will use a Claim. To this Court:

That even in the Case Estelle v Gamble, 429 U.S. 97, 104, 97 S.Ct 285 (1976) Attorney General, will say Mr Hagg never received a physical injury, So thus he Cannot state a Claim of Eighth Amendment violation or Forth Amendment, upon which relief Can be granted.

The question here is What Consitute Injurey: A "Fire Arm." "Knife" & Automobile "what"!!! The fact of the Matter is hear Bad News from a Phone Call and Consatate Psychological Trauma. and which in Most Caseses lead to suease side volontare death. So for this attorney general to say Mr Hagg did not Suffier any enjurey from further to learn of his Mother death: By the defendant Mr Wolfe an david Vorman Just do not sed to well with Case memorandom of law. at all: Mr Hagg is Still Takeing Psy Med's up! to this here day to Coup with his daily life and Test. They are Many Caseses to this Matter of Nature of Durama: But defendant being a prisoner in Jail is One factor and Muslim: you know how people in this action ewere to or against forigners here in the united States of America:

(F.

Correspondence,

Mr hagg even Submitted letters from Superintendants to Plaintiff Sister, making her aware that Mr hagg was still Incard at Albion State of Correctional: and responding letter from Mr hagg sister Employer on Mr hagg sister assuring them that everything was going to be okay on this side of the U.S.A. So! why this court fail to see that Mr hagg did infact Submittal every and all documents at Discovry request.

The Question is here what more does this Court what from Mr hagg, to show that this did a care. and that Mr hagg was enfact violated by Mr Wolfe D.C.A.D.M, SIS Placis and Eight amendment. Policy U.S.C Consutitions To lose a Mother or Father; being in Prison, shouldn't be look upon for a Person as this is sky cause that Person is in jail; this is not what our system is about. at all. I am Some body son, Some body brother; Some body husbond, this is wrong flat out wrong. Mr hagg discovrey, Mr hagg Submitd, have all documents listed as Exshibits A. B. C. D. E So Please. I ask of the Court to look at Discorry Canfully.

to know about my mother death one year later, was. Very hard for me to deal with and I have Corresponded letter from the Superintendent, and my sister as well.

This action I see as retaliation from my Law Suite file 09/16/02. and which is being review Presently I will like to add this to my Law Suite or make the Court aware of what I'm dealing with at this time, whereas relief shall be granted in the amount of $150,000. to the Plaintiff for his Pain – Suffering. Thank you.

Truly yours

Charbelle C. H——
Pro Se  DK 4133.

Dat 9/13/05

In the United States District Court
for the Western District of Pennsylvania

Abubakar A. Haqq,
   Plaintiff

v.

William Wolfe et al.,
   Defendant.

Civil Action No. 03-277
District Judge McLaughlin
Magistrate Judge Baxter

Certificate of Service

## Certificate of Service

I hereby certify that a true and correct copies of this within appeal was served upon the defendant via First Class Mail.

Thank you.

Truly yours,

/s/ Abubakar A. Haqq

Abubakar A. Haqq
Pro/Se - DK 4133

Date: 9/13/05