IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABUBAKA A HAGG                     :   Civil Action No- 03-277 (erie)
   Plaintiff                       :   District Judge McLaughlin
                                   :   Magistrate Judge Baxter
   v                               :
                                   :   Plaintiff Appeal: and Seeks
William J Wolfe et al,             :   Relief $150,000.
   Defendants.                     :

## Order of Court

AND-NOW-To wit this _____ day of _____ '05, Plaintiff Abubake a hagg request of this Court for Appeal in this legal matter pertaining to hagg v. Wolfe C.A No- 03-277, it is here by ordered that this Appeal be "Granted"

_____
Honorable Judge Sean McLaughlin