IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABUBAKA HAQQ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 03-277 Erie |
| WILLIAM WOLFE, et al., | ) |
| Defendants. | ) |

## ORDER

AND NOW, this 4th day of October, 2005, upon consideration of a document entitled "Appeal Motion for Relief" [Doc. No. 64], filed by the Plaintiff, which the Court construes as a Motion for Reconsideration,

IT IS HEREBY ORDERED that the Plaintiff's "Appeal Motion for Relief" [Doc. No. 64] is hereby DENIED. Pursuant to this Court's previous Order dated August 30, 2005 [Doc. No. 63], Plaintiff has until October 15, 2005 in which to file an appeal with the Third Circuit Court of Appeals.

s/ Sean J. McLaughlin
United States District Judge

cc: All parties of record.

