IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABUBAKA HAQQ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 03-277 Erie |
| | ) |
| WILLIAM WOLFE, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

_____ The papers in the above-captioned matter will not be processed any further for failure to comply with our Local Rules and/or practices. The papers are deficient in the following respects:

    \_\_\_X  Failure to file with Clerk of Courts:17 South Park Row, Erie, PA 16501
    \_\_\_\_\_  Failure to pay the filing fee or failure to move for leave to proceed in forma pauperis
    \_\_\_\_\_  Failure to complete the in forma pauperis affidavit
    \_\_\_\_\_  Failure to submit complaint on proper 1983 forms, to be supplied by the Clerk
    \_\_\_\_\_  Failure to submit petition on proper 2254 forms, to be supplied by the Clerk
    \_\_\_\_\_  Failure to sign complaint or petition
    \_\_\_\_\_  Failure to file separate petition for each conviction, attacking more than one judgment
    \_\_\_\_\_  Failure to submit pleadings to the court on paper no larger than 8½ x 11 inches
    \_\_\_\_\_  Failure to include certificate of authorized officer on the institutional account statement
    \_\_\_\_\_  Discovery materials are no longer accepted by the Court for filing in accordance with Local Rule 5.3.
    \_\_\_\_\_  OTHER:

For the foregoing reasons, these papers are being returned to you and will not be processed any further. You may re-submit these documents but they must be submitted in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

You have ten days from today's date in which to resubmit these documents.

1

       SO ORDERED this 12th day of October, 2005.

                                 <u>s/ Sean J. McLaughlin</u>
                                 United States District Judge