Commonwealth of Pennsylvania
Albion State Prison
10745 Route 18 Albion PA-16475-0002

Abubaka A HAQQ
PRO/SE DK 4133
10745 Route 18
Albion PA 16475-0002

United State District Court
Western District of Pennsylvania
Sean J. McLaughlin
Judge
U.S Courthouse. Room A250
17 South Park Row
Erie, PA 16501

Re: HAQQ v Wolfe
Civil Action No 03-277 (Erie)

Dear Judge McLaughlin

Sir in accordance with the Rule LAR. 3.0 Appeal as of Right notice to Trial Judge: Opinion in Support of Order. Sir at this Time, Pro/SE does not understand this appeal processes Pro/se requested Counsel under the I-F-P. rul which was denied. Pro/se seek of this Court Counsel. To adecuately-adicate his case in this appeal-Proseses: as you can see Pro/se-need help with this litecation Proseses- To the jurisdition of this Court.

Thank you:

your truly
Abubaka A Haqq

Date: 10/4/05